THOMAS P. SCHLOSSER, WSBA No. 06276
THANE D. SOMERVILLE, WSBA No. 31468
MORISSET, SCHLOSSER, JOZWIAK & SOMERVILLE
801 Second Avenue, Suite 1115
Seattle, Washington 98104-1509
Telephone:    206-386-5200
Facsimile:    206-386-7322
E-Mail:       t.schlosser@msaj.com
              t.somerville@msaj.com
*Attorneys for Defendant-Intervenor Hoopa Valley Tribe*

PATRICIA A. PROCHASKA, SBN 142161
Attorney at Law
577 9th Avenue
Menlo Park, CA 94025
Telephone:    650-562-7060
Facsimile:    866-560-1608
E-Mail:       patprochaska@gmail.com
*Local Counsel for Defendant-Intervenor Hoopa Valley Tribe*

**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| SAN LUIS & DELTA-MENDOTA WATER AUTHORITY and WESTLANDS WATER DISTRICT,<br><br>Plaintiffs,<br><br>v.<br><br>SALLY JEWELL, as Secretary of the U.S. Department of the Interior; U.S. DEPARTMENT OF THE INTERIOR; U.S. BUREAU OF RECLAMATION; MICHAEL L. CONNOR, as Commissioner, Bureau of Reclamation, U.S. Department of the Interior; and DAVID MURRILLO, as Regional Director, Mid-Pacific Region, Bureau of Reclamation, U.S. Department of the Interior,<br><br>Defendants. | Case No. CV F 13-1232 LJO-GSA<br><br>STIPULATION AND ORDER RE: MOTIONS TO INTERVENE<br><br><br>(Docs. 9 and 13) |

The Hoopa Valley Tribe and the Pacific Coast Federation of Fisherman's Associations have moved to intervene as defendants in this action. Movants will not expand the claims and agree to be subject to reasonable limits on briefing. The Motions to Intervene are unopposed and submitted on the papers. Movants respectfully request that the court rule on the motions as quickly as possible, in light of pending applications for injunctive relief.

Respectfully submitted this 12th day of August, 2013.

MORISSET, SCHLOSSER, JOZWIAK & SOMERVILLE

/s/ Thomas P. Schlosser
Thomas P. Schlosser
Attorneys for Defendant-Intervenor Hoopa Valley Tribe

KRONICK, MOSKOVITZ, TIERDEMANN & GIRAD

/s/ Daniel J. O'Hanlon (as authorized on 8/12/13)
Daniel J. O'Hanlon
Attorney for San Luis & Delta-Mendota Water Authority

/s/ Anna Stimmel (as authorized on 8/12/13)
Anna Stimmel
Attorney for United States

EARTHJUSTICE

/s/ Jan Hassleman (as authorized on 8/12/13)
Jan Hassleman
Attorney for Pacific Coast Federation of Fishermens' Associations

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26

**ORDER**

Based on the above stipulation and a review of this case, IT IS HEREBY ORDERED that Hoopa Valley Indian Tribe and the Pacific Coast Federation of Fishermens' Associations' Motions to Intervene shall be granted pursuant to Fed. R. Civ. P. 24.  The hearings before Judge O'Neill and Judge Austin currently scheduled for October 4, 2013 at 9:30 a.m. are both VACATED.

IT IS SO ORDERED.

Dated: **August 12, 2013**                              **/s/ Gary S. Austin**
                                                        UNITED STATES MAGISTRATE JUDGE