JOHN CORBETT, Senior Attorney, CSBN 56406
    JohnC@yuroktribe.nsn.us
NATHAN VOEGELI, Staff Attorney, CSBN 279481
    nvoegeli@yuroktribe.nsn.us
    Yurok Tribe
    190 Klamath Boulevard
    PO Box 1027
    Klamath, California 95548
    Telephone: (707) 482-1350
    Facsimile: (707) 482-1363
Attorneys for Proposed Defendant-Intervenor Yurok Tribe

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SAN LUIS & DELTA-MENDOTA WATER AUTHORITY and WESTLANDS WATER DISTRICT,<br>          Plaintiffs,<br><br>vs.<br><br>SALLY JEWELL, as Secretary of the U.S. Department of the Interior; U.S. DEPARTMENT OF THE INTERIOR; U.S. BUREAU OF RECLAMATION; MICHAEL L. CONNOR, as Commissioner, Bureau of Reclamation, U.S. Department of the Interior; and DAVID MURILLO, as Regional Director, Mid-Pacific Region, Bureau of Reclamation, U.S. Department of the Interior,<br>          Defendants, | Case No.: 13-cv-01232-LJO-GSA<br><br>**STIPULATION AND ORDER GRANTING YUROK TRIBE'S MOTION TO INTERVENE**<br><br>(Doc. 61) |

      The Yurok Tribe has moved to intervene as a defendant in this action. Proposed Intervenor-Defendant will not expand the claims in this case and agrees to be subject to reasonable limits on briefing. The motion to intervene is unopposed and submitted on the papers. Proposed Intervenor-Defendant respectfully requests the court rule on the motion as quickly as possible due to the pending determination on the motion for preliminary injunction.

Respectfully submitted this 15th day of August 2013.

/s/ Nathan Voegeli
NATHAN VOEGELI
*Attorneys for the Yurok Tribe*

/s/ Anna Stimmel (as authorized on 8/15/13)
ANNA STIMMEL
*Attorneys for the United States*

MORISSET, SCHLOSSER, JOZWIAK & SOMERVILLE

/s/ Thomas Schlosser (as authorized on 8/14/13)
THOMAS P. SCHLOSSER
*Attorneys for the Hoopa Valley Tribe*

KRONICK, MOSKOVITZ, TIERDEMANN & GIRARD

/s/ Daniel O'Hanlon (as authorized on 8/14/13)
DANIEL O'HANLON
*Attorneys for San Luis & Delta-Mendota Water Authority*

EARTHJUSTICE

/s/ Jan Hasselman (as authorized on 8/14/13)
JAN HASSELMAN
*Attorneys for Pacific Coast Federation of Fishermen's Association*

**ORDER**

Based on the above stipulation and a review of this case, IT IS HEREBY ORDERED that the Yurok Tribe's Motion to Intervene shall be granted pursuant to Fed. R. Civ. P. 24. The hearing before Judge O'Neill currently scheduled for October 11, 2013, at 9:30 a.m. is vacated.

IT IS SO ORDERED.

Dated:   **August 15, 2013**          **/s/ Gary S. Austin**
                                         UNITED STATES MAGISTRATE JUDGE

STIPULATION AND ORDER GRANTING YUROK TRIBE'S MOTION TO INTERVENE