THOMAS P. SCHLOSSER, WSBA No. 06276
THANE D. SOMERVILLE, WSBA No. 31468
MORISSET, SCHLOSSER, JOZWIAK & SOMERVILLE
801 Second Avenue, Suite 1115
Seattle, Washington 98104-1509
Telephone:    206-386-5200
Facsimile:     206-386-7322
E-Mail:         t.schlosser@msaj.com
                    t.somerville@msaj.com
*Attorneys for Defendant-Intervenor Hoopa Valley Tribe*

PATRICIA A. PROCHASKA, SBN 142161
Attorney at Law
577 9th Avenue
Menlo Park, CA 94025
Telephone:    650-562-7060
Facsimile:     866-560-1608
E-Mail:         patprochaska@gmail.com
*Local Counsel for Defendant-Intervenor Hoopa Valley Tribe*

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| SAN LUIS & DELTA-MENDOTA WATER AUTHORITY and WESTLANDS WATER DISTRICT,<br><br>                    Plaintiffs,<br><br>    v.<br><br>SALLY JEWELL, as Secretary of the U.S. Department of the Interior; U.S. DEPARTMENT OF THE INTERIOR; U.S. BUREAU OF RECLAMATION; MICHAEL L. CONNOR, as Commissioner, Bureau of Reclamation, U.S. Department of the Interior; and DAVID MURILLO, as Regional Director, Mid-Pacific Region, Bureau of Reclamation, U.S. Department of the Interior,<br><br>                    Defendants. | Case No. CV F 13-1232 LJO-GSA<br><br>STIPULATION AND ORDER CLARIFYING NON-EFFECT ON BOAT DANCE FLOW RELEASES<br><br>Courtroom     Courtroom 4, 7th floor<br>Judge:             Honorable Lawrence J. O'Neill<br>Hearing Date: TBD<br>Action Filed:   August 7, 2013 |

The Hoopa Valley Tribe requested clarification whether this litigation might interfere with performance of their ancient bi-annual ceremonial event, the Hoopa Boat Dance, which will be held August 27, 2013.  In connection with the Hoopa Boat Dance ceremony, in odd-numbered years Reclamation has released a pulse flow to increase the river depth and make the ceremony possible.  The Boat Dance flows are described in the No-Action Alternative of the Environmental Assessment.  Doc. 25-3 at 5.  They are not part of the agency actions challenged in this case.  Plaintiffs do not seek to enjoin releases for Boat Dance purposes.  Neither the Temporary Restraining Order of August 13, 2013, nor the modified Temporary Restraining Order extending the Injunction through August 23, 2013, would prohibit those releases because the Orders are directed at releases "for fishery purposes."

Respectfully submitted this 15th day of August, 2013.

MORISSET, SCHLOSSER, JOZWIAK & SOMERVILLE

/s/ Thomas P. Schlosser
Thomas P. Schlosser
Attorneys for Defendant-Intervenor Hoopa Valley Tribe

KRONICK, MOSKOVITZ, TIEDEMANN & GIRARD

/s/ Daniel J. O'Hanlon (as authorized on 8/15/13)
Daniel J. O'Hanlon
Attorney for San Luis & Delta-Mendota Water Authority
and Westlands Water District

BROWNSTEIN HYATT FARBER SCHRECK LLP

/s/ Steven O. Sims (as authorized on 8/15/13)
Steven O. Sims
Attorneys for Westlands Water District

/s/ Anna K. Stimmel (as authorized on 8/15/13)
Anna K. Stimmel
Attorney for United States

EARTHJUSTICE


　　　/s/ Jan Hassleman (as authorized on 8/15/13)
Jan Hassleman
Attorney for Pacific Coast Federation of Fishermen's Associations


　　　/s/ Nathan Voegeli (as authorized on 8/15/13)
Nathan Voegeli

Attorneys for the Yurok Tribe

**ORDER**

Based on the above stipulation and review of this case, it is hereby ORDERED and the record shall reflect that the claims in this case do not seek to restrain the Boat Dance releases as described in the Environmental Assessment.

IT IS SO ORDERED.

Dated: August 16, 2013

/s/ Lawrence J. O'Neill
Lawrence J. O'Neill
United States District Judge
