1    **COUNSEL IDENTIFICATION ON FINAL PAGE**

2

3              IN THE UNITED STATES DISTRICT COURT

4              FOR THE EASTERN DISTRICT OF CALIFORNIA

5

6    SAN LUIS & DELTA-MENDOTA          Case No.  13-cv-01232-LJO-GSA
     WATER AUTHORITY and
7    WESTLANDS WATER DISTRICT,         **STIPULATION AND ORDER RE:**
                                       **WITNESSES, EXHIBITS AND ORAL**
8              Plaintiffs,             **ARGUMENT FOR SHOW CAUSE**
                                       **HEARING**
9    vs.
                                       Judge: Honorable Lawrence J. O'Neill
10   SALLY JEWELL, as Secretary of the U.S.
     Department of the Interior; U.S.      Date: August 21-23, 2013 at 8:30a.m.
11   DEPARTMENT OF THE INTERIOR;
     U.S. BUREAU OF RECLAMATION;
12   MICHAEL L. CONNOR, as
     Commissioner, Bureau of Reclamation,
13   U.S. Department of the Interior; and
     DAVID MURILLO, as Regional Director,
14   Mid-Pacific Region, Bureau of
     Reclamation, U.S. Department of the
15   Interior,

16             Defendants,

17   THE HOOPA VALLEY TRIBE; PACIFIC
     COAST FEDERATION OF
18   FISHERMEN'S ASSOCIATIONS;
     INSTITUTE FOR FISHERIES
19   RESOURCES; and YUROK TRIBE,

20             Defendant-Intervenors.

21

22            The parties, by and through their respective counsel of record, as identified below, have

23   met and conferred and hereby propose the following for the hearing on Order to Show Cause

24   scheduled for August 21-23, 2013:

25            1.       By agreement, the parties exchanged witness lists on August 16, 2013.  The parties

26   identified the following witnesses and proposed areas of testimony:

27

28

BROWNSTEIN HYATT FARBER SCHRECK, LLP
410 SEVENTEENTH STREET, SUITE 2200
DENVER, CO 80202-4432

1

2

**Federal Defendants:**

A.  **Donald Reck**, Environmental Resource Specialist, U.S. Bureau of Reclamation – Mr. Reck may testify about Fall-run Chinook life history and historic abundance; the 2002 fish die off and conditions in the lower Klamath in 2002 and impacts and comparison to conditions in other years; conditions that increase risk of fish die off; fish disease and how it affects fish in the river and why Reclamation determined that forecasts and observations regarding the fishery and conditions in the river required the release of the augmentation flow this year; how the increase in Trinity releases will address the risk; additional details regarding the determination of the quantity of releases needed and effects of flow augmentation on other species; 2012 and 2013 environmental analysis of impacts of the flow augmentation.

B.  **Nicholas Hetrick**, Fisheries Biologist, US Fish and Wildlife Service – Mr. Hetrick may testify about Fall-run Chinook life history and historic abundance; fish disease and how it affects fish in the river; the fish die off and conditions in the lower Klamath in 2002, along with studies conducted after this event; how the increase in Trinity releases addresses the conditions of concern; development of 2013 flow release recommendation; overview of determination of the quantity of releases needed; flows and appropriate habitat conditions in the Lower Klamath River that are essential for migrating Chinook salmon and flows that are needed to create habitat conditions to restore Trinity River fish; 2012 and 2013 environmental analysis of impacts of the flow augmentation.

C.  **Ronald Milligan**, Manager of the Central Valley Operations Office, U.S. Bureau of Reclamation – Mr. Milligan may testify about the operations of the Central Valley Project and the Trinity River Division in particular, the

BROWNSTEIN HYATT FARBER SCHRECK, LLP
410 SEVENTEENTH STREET, SUITE 2200
DENVER, CO 80202-4432

allocation of water to CVP contractors, and potential operational and water supply impacts associated with the Trinity River flow augmentation; including projected temperature impacts in 2014 to the Sacramento River.

**Defendant-Intervenors Pacific Coast Federation of Fisherman's Associations, Institute for Fisheries Resources, The Hoopa Valley Tribe and Yurok Tribe:**

A.      **Josh Strange**:  Josh Strange will testify about 1) his experience with the Klamath and Trinity River fisheries and the causative factors of the 2002 Klamath River fish kill, 2) Ich biology and pathology, 3) the natural conditions, rationale, evidence supporting, and decision to recommend augmented fall flows, 4) the need for and projected effects of augmented flows in 2013, and 5) the likelihood of non-target negative impacts from the necessary flows.

B.      **Michael Belchik**: Michael Belchik will testify about 1) his direct experience with and subsequent research of the 2002 catastrophic fish kill event on the Klamath River, 2) his direct experience and research of 2013 and prior year river and fish conditions, 3) identifying photos he took of the fish kill, 4) update of current Trinity and Klamath River temperature and weather conditions, 5) Indian fisheries management and long term effects on fish production from a fish kill, and 6) research, rationale, and the need for augmented flows to protect anadromous species.

C.      **Michael Orcutt**:  Orcutt will testify regarding matters in his declaration (Doc. 46), the declaration of George Kautsky (Doc. 56), and regarding Indian fishing and fish resources.

**Plaintiffs:**

**WILL CALL**

A.      **Charles Hanson**:  Mr. Hanson is a principal in the firm of Hanson Environmental, Inc., and has three decades' experience in matters related to

BROWNSTEIN HYATT FARBER SCHRECK, LLP
410 SEVENTEENTH STREET, SUITE 2200
DENVER, CO 80202-4432

BROWNSTEIN HYATT FARBER SCHRECK, LLP
410 SEVENTEENTH STREET, SUITE 2200
DENVER, CO 80202-4432

the status of fish species in the Klamath and Trinity Rivers and the Sacramento River and Sacramento-San Joaquin Delta. Mr. Hanson is expected to testify regarding the potential mechanisms contributing to the risk of fish die-offs in the lower Klamath River and lack of scientific data on this issue; the potential efficacy, or lack thereof, of the Excess Releases planned by the Federal Defendants in 2013 to mitigate against the potential risk of high mortality of the adult fall-run Chinook salmon; the potentially significant adverse effects of the Excess Releases on biological resources; and the aquatic communities and fish species in the Trinity, Klamath and Sacramento Rivers generally.

**MAY CALL**

B.  **Russ Freeman**:  Mr. Freeman has served as Supervisor of Resources at Westlands Water District ("Westlands") for twelve years. Mr. Freeman has a Bachelor of Science degree in civil engineering from University of California, Davis, and is a licensed engineer in the state of California. Mr. Freeman is expected to testify regarding the various water supply sources available to Westlands, Westlands' CVP supply allocation for the 2013-2014 water year and Westlands' expectations for the 2014-2015 water year. Mr. Freeman is further expected to testify regarding the demands of Westlands' customers, and the consequences of reduced CVP allocations to the Westland customers and their employees.

C.  **James Snow**:  Mr. Snow is a professional engineer and has a Bachelor of Science degree in civil engineering from California State University, Sacramento. Mr. Snow has extensive knowledge of the Central Valley Project's ("CVP") operations and the water supply available to the CVP. Mr. Snow monitors the Bureau of Reclamation's ("Reclamation") operation of the CVP and its forecast of the CVP operations for Westlands. Mr. Snow is expected to testify regarding the likely effects of

BROWNSTEIN HYATT FARBER SCHRECK, LLP
410 SEVENTEENTH STREET, SUITE 2200
DENVER, CO 80202-4432

Reclamation's planned additional releases (the "Excess Releases") to the Trinity River in August and September 2013 in an amount up to 109,000 acre-feet on CVP operations and its effect on the CVP allocation to south of Delta water users.   Specifically, Mr. Snow is expected to testify that if Reclamation did not make the Excess Releases, that water could be used to restore 2013 allocations to south-of-Delta agricultural water users whose allocation was cut by 5% at the beginning of the year.  Mr. Snow is further expected to testify that as the Trinity Reservoir is not expected to refill in 2014, the hole in the Trinity Reservoir created by the Excess Releases will likely cause the CVP contract allocations to south-of-Delta agricultural water users to be lower in 2014 than they would be absent the Excess Releases.  Mr. Snow will also testify that the hole caused by the Excess Releases will negatively impact Reclamation's management of the cold water pool in Shasta Reservoir for the benefit of listed endangered salmon species.

2. The parties stipulate to the qualification of the above identified witnesses.  A witness may not offer opinion testimony on subjects beyond the scope of the qualifications stated in the declaration, unless additional qualifications are established.

3. To the extent a party identified a witness who has not yet submitted a declaration in this matter, the party identifying such witness will submit a declaration or report for that witness by 5:00 pm PDT Monday**, August 19, 2013**.

4. The parties agree to file and serve their Exhibit Lists and serve electronic copies of their exhibits by 5:00 pm PDT Monday**, August 19, 2013**.  Electronic copies of the exhibits may be made available on a file transfer protocol ("FTP") site or exchanged on a flash drive, cd or other media by the deadline.  The exhibit lists will identify those exhibits to be used for each party's case-in-chief, but need not include exhibits that may be used for demonstrative, cross-examination and/or rebuttal purposes.  The parties agree to make a good faith effort to identify those exhibits to be used solely for cross-examination and/or rebuttal purposes as soon as

practicable, but failure to identify such exhibits prior to their use will not preclude a party's use thereof subject to the Court's ruling on any objections.  The parties further agree that any power point or demonstrative exhibit presented during opening statements or closing arguments will not be admissible as evidence unless identified on the party's exhibit list prior to the hearing.  The parties agree to an exhibit naming convention whereby each party will choose a unique set of letters to identify itself followed by the exhibit number, *e.g.*, Plaintiffs will use SL-1 to SL-25. Each party will therefore start with exhibit "1" and proceed numerically.  A party presenting a witness will not be responsible for providing paper copies of exhibits used with the witness to counsel for the other parties during the hearing, unless the exhibit was not provided to other counsel electronically on August 19, 2013.

5.      The parties agree to file and serve any objections to other parties' exhibits, except relevancy objections, no later than Noon PDT Tuesday, **August 20, 2013**.

6.      The parties agree to provide notice to the Court by August 20, 2013 of the parties' proposal regarding time allocation.  Federal Defendants and Defendant-Intervenors will present their case-in-chief first in light of the Court's August 14, 2013 Order directing the Federal Defendants to appear and Show Cause.

7.      In addition to the foregoing live testimony, the parties further stipulate that the previously submitted declarations may be considered as evidence in the Show Cause hearing pursuant to Fed. R. Civ. P. 43(c), and further that the parties will not raise a hearsay objection against the admissibility of such declarations on the grounds that the declaration is a statement that was made other than while testifying at the trial or hearing.  In so stipulating, the parties against whom the declarations have been offered do not stipulate that the facts stated within the declarations are undisputed or waive any other evidentiary objections, including hearsay within hearsay objections.

8.      The parties agree that any declarant may be subpoenaed for cross examination, however the parties do not anticipate the need to cross examine all prior declarants.  In order to provide an opportunity to cross examine key declarants, the parties agree to make available for examination without subpoena, any declarant a party has identified as a witness in paragraph 1.

BROWNSTEIN HYATT FARBER SCHRECK, LLP
410 SEVENTEENTH STREET, SUITE 2200
DENVER, CO 80202-4432

1    The parties agree to make both "will call" and "may call" witnesses available all three days of the

2    hearing with the exception of Russ Freeman who is not available to testify on August 21, 2013.

3    Any party may examine such declarants during their case-in-chief; but should they fail to do so,

4    and the witness is not called by the party that identified them, the declaration of that uncalled

5    witness/declarant may continue to be used as evidence.

6         9.      The parties do not anticipate filing any pre-trial motions.

7

8                                    **<u>SO STIPULATED</u>**

9    Dated: August 16, 2013                    KRONICK, MOSKOVITZ, TIEDEMANN
10                                              & GIRARD, A Law Corporation

11                                             */s/ Daniel J. O'Hanlon*
                                               DANIEL J. O'HANLON
12                                             Attorneys for Plaintiffs
                                               SAN LUIS & DELTA-MENDOTA WATER
13                                             AUTHORITY and WESTLANDS WATER
                                               DISTRICT
14

15   Dated: August 16, 2013                    BROWNSTEIN HYATT FARBER
                                               SCHRECK, LLP
16

17                                             */s/ Steven O. Sims (as authorized)*
                                               STEVEN O. SIMS
18                                             Attorneys for Plaintiff
                                               WESTLANDS WATER DISTRICT
19

20   Dated: August 16, 2013                    EARTHJUSTICE

21                                             */s/ Jan Hasselman (as authorized)*
                                               JAN HASSELMAN
22                                             Attorney for Defendant-Intervenor Applicants
                                               PACIFIC COAST FEDERATION OF
23                                             FISHERMENS' ASSOCIATIONS AND
                                               INSTITUTE FOR FISHERIES RESOURCES
24

25

26

27

28

*Side margin:* BROWNSTEIN HYATT FARBER SCHRECK, LLP
410 SEVENTEENTH STREET, SUITE 2200
DENVER, CO 80202-4432

1

Dated:  August 16, 2013                        YUROK TRIBE, OFFICE OF THE TRIBAL
                                               ATTORNEY

2

3                                              /s/ John Corbett (as authorized)
                                               JOHN CORBETT
4                                              Attorneys for Defendant-Intervenor
                                               YUROK TRIBE

5

6

Dated:  August 16, 2013                        MORISSET, SCHLOSSER, JOZWIAK &
                                               SOMERVILLE

7

8                                              /s/ Thomas P. Schlosser (as authorized)
                                               THOMAS P. SCHLOSSER
9                                              Attorneys for Defendant-Intervenor
                                               HOOPA VALLEY TRIBE

10

11

Dated:  August 16, 2013                        ANNA K. STIMMEL, Trial Attorney
12                                             Environmental & Natural Resources Division
                                               Natural Resources Section and ROBERT G.
13                                             DREHER, Acting Assistant Attorney General,
                                               United States Department of Justice,
14                                             Environmental & Natural Resources Divisions

15                                             /s/ Anna K. Stimmel (as authorized)
                                               ANNA K. STIMMEL
16                                             Attorneys for FEDERAL DEFENDANTS

17

18    **IT IS SO ORDERED**

19

20    **Dated:  August 19, 2013.**            **/s/ Lawrence J. O'Neill**
                                              **United States District Judge**

21

22

23

24

25

26

27

28

BROWNSTEIN HYATT FARBER SCHRECK, LLP
410 SEVENTEENTH STREET, SUITE 2200
DENVER, CO 80202-4432

**COUNSEL IDENTIFICATION**

STEVE O. SIMS (Admitted *Pro Hac Vice*)
GEOFFREY M. WILLIAMSON (Admitted *Pro Hac Vice*)
MICHELLE C. KALES (Admitted *Pro Hac Vice*)

BROWNSTEIN HYATT FARBER
SCHRECK LLP
410 17th Street, Suite 2200
Denver, CO 80202
Telephone: (303) 223-1100
Facsimile: (303) 223-1111
Attorneys for Plaintiff
WESTLANDS WATER DISTRICT

DANIEL J. O'HANLON (SBN 122380)
ERIC N. ROBINSON (SBN: 191781)
REBECCA R. AKROYD (SBN 267305)

KRONICK, MOSKOVITZ, TIEDEMANN
& GIRARD
400 Capitol Mall, 27th Floor
Sacramento, CA 95814-4416
Telephone: (916) 321-4500
Facsimile: (916) 321-4555
Attorneys for Plaintiffs
SAN LUIS & DELTA-MENDOTA WATER
AUTHORITY; WESTLANDS WATER
DISTRICT

DANIEL J. O'HANLON, SBN: 122380
ERIC N. ROBINSON, SBN: 191781
REBECCA R. AKROYD, SBN: 267305

BROWNSTEIN HYATT FARBER
SCHRECK, LLP

By: *s/ Daniel J. O'Hanlon*
   DANIEL J. O'HANLON
   Attorneys for Plaintiffs
   SAN LUIS & DELTA-MENDOTA
   WATER AUTHORITY; WESTLANDS
   WATER DISTRICT

By: *s/Steven O. Sims*
   STEVEN O. SIMS
   Attorneys for Plaintiff
   WESTLANDS WATER DISTRICT