# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SAN LUIS & DELTA-MENDOTA WATER AUTHORITY et al, <br><br> Plaintiffs, <br><br> v. <br><br> SALLY JEWEL as Secretary of the U.S. Department of the Interior et al., <br><br> Defendants. | Case No. 1:13-cv-1232 LJO-GSA <br><br> ORDER GRANTING STAY OF PROCEEDINGS <br><br> (Doc. 94) |

On October 3, 2013, Counsel for the United States representing Defendant United States Department of the Interior ("Federal Defendants") filed a motion to stay these proceedings in light of the federal government shutdown. (Doc. 94). As federal employees, the Federal Defendants' attorneys who are employed by the United States Department of Justice are prohibited from working on this matter absent congressional appropriation of funds for the relevant federal entities. In light of the circumstances surrounding this request, the Court will grant the stay immediately without further briefing or argument. See Local Rule 102(d). Any party who opposes the stay or wishes to lift the stay may file a motion for reconsideration or a motion to lift the stay at any time. See Local Rule 230(j) and (b).[1]

---

[1] Federal Defendants have represented that the Hoopa Valley Tribe, the Pacific Coast Federation of Fisherman's Associations, and the Institute for Fisheries Resources had no objection to the request for stay. However, Plaintiff objected to this motion.

Accordingly, IT IS HEREBY ORDERED that:

1. This action is STAYED until funding for the Federal Defendants and its attorneys is restored.

2. Within five court days after funding is restored, attorneys for the Federal Defendants shall file a notice informing the Court of the number of days that the attorneys working on this matter were precluded from working.

3. All deadlines will be extended commensurate with the duration of the lapse in appropriations.

4. The Scheduling Conference that is currently set for November 14, 2013 at 9:00 a.m. will remain as scheduled and will be reset if needed at a later date.

5. The hearing for the Motion to Stay scheduled for November 1, 2013, at 9:30 before the undersigned is VACATED.

IT IS SO ORDERED.

Dated:   **October 8, 2013**                        **/s/ Gary S. Austin**
                                                    UNITED STATES MAGISTRATE JUDGE