1  DANIEL J. O'HANLON, State Bar No. 122380
   KRONICK, MOSKOVITZ, TIEDEMANN & GIRARD
2  A Professional Corporation
   400 Capitol Mall, 27th Floor
3  Sacramento, CA 95814
   Telephone: (916) 321-4500
4  Facsimile: (916) 321-4555

5  Attorneys for Plaintiffs
   SAN LUIS & DELTA-MENDOTA WATER
6  AUTHORITY and WESTLANDS WATER
   DISTRICT
7
   STEVEN O. SIMS (Admitted *Pro Hac Vice*)
8  DULCINEA Z. HANUSCHAK (Admitted *Pro Hac Vice*)
   BROWNSTEIN HYATT FARBER SCHRECK LLP
9  410 17th Street, Suite 2200
   Denver, CO 80202
10 Telephone: (303) 223-1100
   Facsimile: (303) 223-1111
11
   Attorneys for Plaintiff
12 WESTLANDS WATER DISTRICT

13                          UNITED STATES DISTRICT COURT

14                          EASTERN DISTRICT OF CALIFORNIA

15

16
   SAN LUIS & DELTA-MENDOTA WATER          No. 1:13-CV-01232-DAD-EPG
17 AUTHORITY and WESTLANDS WATER
   DISTRICT,                               ORDER TO DISBURSE FUNDS
18
                    Plaintiffs,
19
          v.
20
   SALLY JEWELL, et al.,
21
                    Defendants.
22
   _____
   THE HOOPA VALLEY TRIBE; PACIFIC
23 COAST FEDERATION OF FISHERMEN'S
   ASSOCIATIONS; INSTITUTE FOR
24 FISHERIES RESOURCES; and YUROK
   TRIBE,
25
                    Defendant-Intervenors.
26

27

28

**ORDER TO DISBURSE FUNDS**

This matter is before the Court for an Order to Disburse Funds pursuant to 28 U.S.C. § 2042, Federal Rule of Civil Procedure 67, and the Local Rules of Practice for the United States District Court, Eastern District of California, Local Rule 150.

On August 13, 2013, this Court issued a temporary restraining order in this matter. The Court conditioned effectiveness of the order on Plaintiffs filing a $5,000 bond, a deposit of $5,000 in the registry of the Court in lieu of bond, or a declaration by Plaintiffs' counsel obligating himself/herself personally for the amount.

To satisfy that condition, Plaintiff Westlands Water District paid $5,000 to the registry of the Court on August 13, 2013.

On April 17, 2017, this matter was closed.

Westlands Water District now seeks return of the deposit, and requests an Order to Disburse Funds, pursuant to the above-cited authorities.

Based on the foregoing, IT IS HEREBY ORDERED that the principal amount of $5,000 plus any interest accrued thereon be disbursed from the registry of the Court to Westlands Water District, and sent to the following mailing address:

> Westlands Water District
> Attn: Ms. Bobbie Ormonde
> Deputy General Manager – Finance & Administration
> P.O. Box 6056
> Fresno, CA 93703.

IT IS SO ORDERED.

Dated:   **January 6, 2021**

_____
UNITED STATES DISTRICT JUDGE